UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

LANIER CONSTRUCTION COMPANY, INC., )
       Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
   v. ) **CASE NO. 4:11-CV-36 -BO**
)
CITY OF CLINTON, NORTH CAROLINA, )
a municipality and JOHN CONNET, individually )
and in his official capacity as Clinton City )
Manager; and PAUL HOWARD CONSTRUCTION )
COMPANY, INC., North Carolina Corporation, )
       Defendants. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that on or about April 27, 2011, the Plaintiff's Motion for a Preliminary Injunction is DENIED, Defendant Howard Construction's Motion to Dismiss is GRANTED and Defendants' Motion to Quash was DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the remaining defendants' Motion for Summary Judgment is GRANTED. As no live claims remain in this matter, the clerk is DIRECTED to close the file.

**This Judgment Filed and Entered on February 20, 2013, and Copies To:**

Demyra R. McDonald-Hall (via CM/ECF Notice of Electronic Filing)
Norwood P. Blanchard, III (via CM/ECF Notice of Electronic Filing)
James Nathan Duggins, III (via CM/ECF Notice of Electronic Filing)

DATE                                          JULIE A. RICHARDS, CLERK
February 20, 2013                      /s/ Susan K. Edwards
                                               (By) Susan K. Edwards, Deputy Clerk