UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

LANIER CONSTRUCTION COMPANY, )
INC., )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:11-CV-36-BO
)
CITY OF CLINTON, NORTH CAROLINA,)
a municipality and JOHN CONNET, )
individually and in his official capacity )
as Clinton City Manager; and PAUL )
HOWARD CONSTRUCTION COMPANY,)
INC., North Carolina Corporation, )
        Defendants. )

**Decision by Court.**

This action came before Julie A. Richards, Clerk of Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Movants, City of Clinton, North Carolina and John Connet are allowed fees for printed or electronically recorded transcripts in the amount of $920.25. These costs are taxed against plaintiff, Lanier Construction Company, Inc. Movants' request for costs for exhibits and shipping and handling are disallowed. Movants' request for costs for mediation fees is disallowed. All other requests for costs not referenced in this summary are denied.

**This Judgment Filed and Entered on May 17, 2013, and Copies To:**

Demyra R. McDonald-Hall (via CM/ECF Notice of Electronic Filing)
Norwood P. Blanchard, III (via CM/ECF Notice of Electronic Filing)
James Nathan Duggins, III (via CM/ECF Notice of Electronic Filing)


DATE                                                     JULIE A. RICHARDS, CLERK
May 17, 2013                                  /s/ Susan K. Edwards
                                                         (By) Susan K. Edwards, Deputy Clerk